Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Petrie Schwartz LLP
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Plaintiffs

D. Peter Harvey (SBN 55712)
Seth I. Appel (SBN 233421)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:    415.354.0100
Facsimile:    415.391.7124

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INTERACTIVE LEARNING, LTD., an Irish Company; RIVERDEEP, INC., a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> MPS MULTIMEDIA, INC., a California Corporation; EDGAR CHEN an individual; SELECTSOFT PUBLISHING, <br><br> Defendants. | Case No.:  C06 05597 CW <br><br> STIPULATION AND SCHEDULING ORDER ON TEMPORARY RESTRAINING ORDER APPLICATION |

Riverdeep Interactive Learning, Ltd. and Riverdeep, Inc. (together "Plaintiffs") and MPS Multimedia, Inc., Edgar Chen and Selectsoft Publishing (together "Defendants") hereby stipulate

and propose the following briefing schedule on Plaintiffs' application for temporary restraining order:

    1) Defendants' opposition or other response ('Opposition') to Plaintiffs' application for temporary restraining order shall be served on Plaintiffs by electronic mail on or before September 30, 2006 and filed with the Court no later than Monday, October 2, 2006; and

    2) Plaintiffs reply if any to the Opposition shall be filed and served on or before October 3, 2006.

| PETRIE SCHWARTZ LLP | HARVEY SISKIND LLP |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Irwin B. Schwartz | D. Peter Harvey |
| John V. Komar | Seth I. Appel |
| | |
| Counsel for Plaintiffs | Counsel for Defendants |

IT IS HEREBY ORDERED.

DATED: September 29, 2006

_____
,U.S.D. J.