Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Petrie Schwartz LLP
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Plaintiffs


D. Peter Harvey (SBN 55712)
Seth I. Appel (SBN 233421)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:     415.354.0100
Facsimile:     415.391.7124

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INTERACTIVE LEARNING, LTD., an Irish Company;  RIVERDEEP, INC., a Delaware Limited Liability Company, <br><br>      Plaintiffs, <br><br> vs. <br><br> MPS MULTIMEDIA, INC., a  California Corporation; EDGAR CHEN an individual; SELECTSOFT PUBLISHING, <br><br>      Defendants. | Case No.:  C06 05597 CW <br><br> ORDER GRANTING STIPULATED MOTION MODIFYING SCHEDULING ORDER ON TEMPORARY RESTRAINING ORDER APPLICATION |

     Riverdeep Interactive Learning, Ltd. and Riverdeep, Inc. (together "Plaintiffs") and MPS

Multimedia, Inc., Edgar Chen and Selectsoft Publishing (together "Defendants") hereby stipulate

1   and propose the following modification to the briefing schedule on Plaintiffs' application for

2   temporary restraining order:

3          (1) Plaintiffs' reply to the Opposition shall be filed via ECF on or before October 4, 2006.

4

5          The reason for the proposed modification is twofold.  First, due to technical difficulties,

6   Plaintiff's counsel did not receive a complete copy of Defendants' opposition to the application

7   for a temporary restraining order until Monday, October 2, 2006.  Second, the wife of Plaintiff's

8   lead counsel became a father for the first time on the evening of October 1, 2006, and will

9   therefore need additional time to prepare the reply brief.

10

11

12

13

14   PETRIE SCHWARTZ  LLP                              HARVEY SISKIND LLP

15

16

17   _____/s/_____            _____/s/_____

18   Irwin B. Schwartz                                      D. Peter Harvey
     John V. Komar                                         Seth I. Appel

19

20   Counsel for Plaintiffs                                Counsel for Defendants

21

22

23

24   IT IS HEREBY ORDERED.

25

26   DATED: October 3, 2006                     _____
                                                                      ,U.S.D. J.

27

28

Stipulated Motion and (Proposed)
Modifying Order on TRO Application                    2                        C06 05597 CW