Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Business Litigation Associates, P.C.
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INTERACTIVE LEARNING, LTD., an Irish Company;  RIVERDEEP, INC., a Delaware Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MPS MULTIMEDIA, INC., a  California Corporation; EDGAR CHEN an individual; SELECTSOFT PUBLISHING,<br><br>　　　　Defendants. | Case No.:  C06 05597 CW (BZ)<br><br>ORDER GRANTING<br><br>STIPULATION OF DISMISSAL |
| MPS MULTIMEDIA, INC., a  California Corporation; d/b/a SELECTSOFT PUBLISHING,<br><br>　　　　Counter-Plaintiffs,<br><br>vs.<br><br>RIVERDEEP INTERACTIVE LEARNING, LTD., an Irish Company;  RIVERDEEP, INC., a Delaware Limited Liability Company,<br><br>　　　　Counter-Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs/Counter-Defendants Riverdeep Interactive Learning, Ltd and Riverdeep, Inc., Defendants MPS Multimedia, Inc., Selectsoft Publishing, and Edgar Chen, and Counter-Plaintiff MPS Multimedia, Inc. d/b/a Selectsoft Publishing, through their designated counsel of record, that the above captioned action, including both the complaint and counter claim, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: June 28, 2007                     Business Litigation Associates, P.C.

_____/s/_____
Irwin B. Schwartz
John V. Komar

Counsel for Plaintiffs

DATED: June __, 2007                     Harvey Siskind LLP

_____
D. Peter Harvey
Seth I. Appel

Counsel for Defendants

SO ORDERED,

_____
United States District Judge

IT IS HEREBY STIPULATED by and between Plaintiffs/Counter-Defendants Riverdeep Interactive Learning, Ltd and Riverdeep, Inc., Defendants MPS Multimedia, Inc., Selectsoft Publishing, and Edgar Chen, and Counter-Plaintiff MPS Multimedia, Inc. d/b/a Selectsoft Publishing, through their designated counsel of record, that the above captioned action, including both the complaint and counter claim, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: June __, 2007

Business Litigation Associates, P.C.

_____
Irwin B. Schwartz
John V. Komar

Counsel for Plaintiffs

DATED: June 21, 2007

Harvey Siskind LLP

_____
D. Peter Harvey
Seth I. Appel

Counsel for Defendants

SO ORDERED,

[signature]

_____
United States District Judge

7/2/07